DOROTHY J. McFARLAND, APPELLEE, V. FRANCIS D. McFARLAND, APPELLANT.

319 N.W.2d 463

Filed May 21, 1982. No. 81-892.

Murphy, Pederson, Piccolo & Anderson, for appellant.

Baskins & Rowlands, for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.